12

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. DAVID McCLAIN, Defendant.

## DECISION

No. DC-82-021

The application of the above-named defendant for a review of the sentence of 10 years imposed on March 29, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

However, this Board would recommend that the Defendant be transferred to Swan River as soon as possible, because of his age.

The sentence was reasonable considering the circumstances.

We wish to thank Pat Sherlock, Attorney from Kalispell, for his assistance to the Defendant and to this Court.

DATED this 6th day of January 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. THOMAS JACK HIEBERT, Defendant.

## DECISION

No. DC-82-050

The application of the above-named defendant for a review of the sentence of 10 years with 2 years suspended imposed on June 10, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that Judge Keedy's reasons were well covered, especially Numbers 6 and 7, in the Sentencing Judgment, and continued placement at Swan River Youth Camp will benefit the Defendant's rehabilitation and give him the structure in his life that he apparently needs.

HON. MARK SULLIVAN DISSENTS: He would recommend 5 years with 2 years suspended because of the disparity in sentences with the other two co-defendants, the long parole for a person of such a young age, and it was too severe for a first time offender.

We wish to thank Wendy Holton of the Montana Defender Project for her assis-

tance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. GARY DON SMITH, Defendant.

## DECISION

No. (C)DC-82-015

The application of the above-named defendant for a review of the sentence of 10 years plus $200 restitution imposed on June 8, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed, and it shall be served concurrently with any other sentence the Defendant is serving, however, the restitution shall be dropped.

The sentence is not changed basically, it only clarifies the judgment made by the sentencing judge, and in order to conform with the requirements as set forth in 46-18-201, MCA, restitution is only applicable it a portion of the sentence is suspended, which in this case it is not.

We wish to thank Steve Swanberg, Attorney at Law, from Great Falls for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. DONALD SHORT, Defendant.

## DECISION

No. (A)DC-83-053

The application of the above-named defendant for a review of the sentence of 7 years; consecutive to any other sentence the Defendant is subject imposed on June 13, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be deferred until the records are clear.

Counsel is asked to obtain the following information:

(1) Copy of Sentencing Order from Judge Hatfield;

(2) Copy of Pardon from State of Washington;